# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2025-0784
_____

JAVARES CAMERON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Bay County.
Shonna Young Gay, Judge.

August 13, 2026

PER CURIAM.

AFFIRMED.

BILBREY, NORDBY, and TREADWELL, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Deana K. Marshall of Law Office of Deana K. Marshall, P.A., Riverview, for Appellant.

James Uthmeier, Attorney General, and Julian E. Markham, III, Tallahassee, for Appellee.